UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEAN PIERRE RONET,

    Plaintiff,

v.                               CASE NO.: 8:08-CV-2076-T-27MAP

CITY OF TAMPA POLICE
DEPARTMENT *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This is a § 1983 action with supplemental state claims by a *pro se* litigant against the City of Tampa Police Department, four of its officers, the State Attorney's office, a state prosecutor, a motel owner, and two of the motel's clerks surrounding his arrest for failing to register as a sex offender. Before the Court for consideration is a Rule 12(b)(6) motion to dismiss the complaint on behalf of Lori Ellingsworth of the Hillsborough County State Attorney's office (doc. 26).

I have issued a report and recommendation on the City of Tampa Police Department's motion to dismiss, recommending Plaintiff's complaint against the City be dismissed under Rule 12(b)(6) or 28 U.S.C. § 1915 (doc. 40). For the reasons stated therein, and because the State Attorney's office is immune under the Eleventh Amendment, *see, Perez v. State Attorney's Office*, No. 6:08-cv-1199-Orl-31KRS, 2008 WL 4539430, at *2 (M.D. Fla. Oct. 8, 2008); *Farrell v. Woodham*, No. 2:01-CV-417-FTM29DNF, 2002 WL 32107645, at *3 (M.D. Fla. 2002), and Lori Ellingsworth has prosecutorial immunity from Plaintiff's claims, *Elder v. Athens-Clarke County, Ga. through O'Looney*, 54 F.3d 694, 695 (11th Cir. 1995), it is hereby

1

RECOMMENDED:

1. The motion to dismiss complaint on behalf of Lori Ellingsworth of the Hillsborough County State Attorney's office (doc. 26) be GRANTED.

IT IS SO REPORTED in chambers at Tampa, Florida on July 22, 2009.

*MARK A. PIZZO*
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

cc: The Honorable James D. Whittemore