UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JEAN-PIERRE RONET,**

**Plaintiff,**

vs.  Case No. 8:08-CV-2076-T-27MAP

**CITY OF TAMPA
POLICE DEPARTMENT, et al.,**

**Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 49) submitted by the Magistrate Judge recommending that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 48), construed as a motion to proceed *in forma pauperis* on appeal, be denied. Plaintiff filed no objections to the Report and Recommendation within the time prescribed by Local Rule 6.02 and Fed. R. Civ. P. 72(b)(2).

After careful consideration of the Report and Recommendations, in conjunction with an independent examination of the file, the Court agrees that, for the reasons set forth in the order dismissing this case (Dkt. 44) and the Magistrate Judge's Report and Recommendations (Dkt. 40, 41), Plaintiff's appeal is without arguable merit in law or fact and is therefore not taken in good faith within the meaning of 28 U.S.C. § 1915(a)(3).[1] The Court is of the opinion that the Report and

---

[1] *See* 28 U.S.C. §1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3)(A); *Ghee v. Retailers Nat'l Bank*, 271 F. Appx. 858, 859-860 (11th Cir. 2008) ("[A]n IFP action is frivolous, and thus not brought in good faith, if it is 'without arguable merit either in law or fact.'") (quoting *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001)).

1

Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED**:

1) The Report and Recommendation (Dkt. 49) is adopted, confirmed, and approved in all respects and are made a part of this order for all purposes, including appellate review.

2) Plaintiffs construed motion to proceed *in forma pauperis* on appeal (Dkt. 48) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 17th day of November, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Plaintiff